In the Matter of Proving the Last Will and Testament of Alfred Johnson, Deceased. May Johnson Schultz, as Executrix, etc., of Alfred Johnson, Deceased, Irving C. Johnson and Ella L. Frederick, Appellants; Alfred Johnson, Jr., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of The Mortgage Corporation of New York, as Trustee of a Certain Mortgage Affecting Property Situate in the County of Queens, State of New York, and Known as 83–46 118th Street, Kew Gardens, Borough of Queens, City of New York, for an Order Directing the Payment of Surplus Income of Said Property to Apply Toward the Reduction of Any Past Due Principal of Said Mortgage or Permitting Foreclosure of Said Mortgage, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act, Appellant, against Penzance Holding Co., Inc., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Application of Sidney Wingard, Petitioner, for an Order Directing Hon. Thomas C. Kadien, Jr., Supreme Court Judge, Queens County, to Hear and Determine the Cause Entitled: In the Matter of the Application of Sidney Wingard, Petitioner, for an Order Fixing the Compensation and/or Attorney's Fee to Which William E. Kennedy, Esq., Attorney-at-Law, Is Entitled, if Entitled to Any Compensation or Fee, for Alleged Service Rendered as Attorney for Above-Named Petitioner in the Action Entitled: People v. Wingard, After Said Action Had Terminated to Judgment of Conviction, and Sentence, and After Affirmance of Said Judgment, and After the Statutory Limitation to Make a Motion for a New Trial Had Expired; Hon. Thomas C. Kadien, Jr., and Others, Respondents.— Application by petitioner for an order directing a justice of the Supreme Court to hear and determine an application to fix the amount of an attorney's fee denied, and proceeding dismissed, without costs. The application for fixation of the attorney's fee has been determined but no order has been entered. Entry of an order upon such determination may be made at the instance of petitioner or of the successful party. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

Marcel Kovarsky, on Behalf of Himself and All Other Similarly Situated Consumers of Gas Supplied by the Brooklyn Union Gas Company, Appellant, v. The Brooklyn Union Gas Company, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

New York City Mission Society and Cooper Union for the Advancement of Science and Art, Respondents, v. The Board of Pensions of the Presbyterian Church in the U. S. A. and Others, Respondents; Dorothy L. Goldsmith and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.